1  BILL LOCKYER
   Attorney General of the State of California
2  RICHARD FRANK
   Chief Deputy Attorney General
3  THOMAS GREENE
   Chief Assistant Attorney General
4  THEODORA BERGER
   Senior Assistant Attorney General
5  SANDRA GOLDBERG
   Deputy Attorney General
6  State Bar No. 138632
   LAURA J. ZUCKERMAN
7  Deputy Attorney General
   State Bar No. 161896
8    1515 Clay Street, 20th Floor
     Oakland, CA 94612
9    Telephone: (510) 622-2174
     Fax: (510) 622-2270
10 laura.zuckerman@doj.ca.gov
   Attorneys for People of the State of California *ex rel.*
11 Bill Lockyer, Attorney General of the State of
   California
12

13                IN THE UNITED STATES DISTRICT COURT

14              FOR THE NORTHERN DISTRICT OF CALIFORNIA

15                       SAN FRANCISCO DIVISION

16 
   PEOPLE OF THE STATE OF CALIFORNIA          Case No.: C 06-02654 SC
17 *ex rel.* BILL LOCKYER, ATTORNEY
   GENERAL OF THE STATE OF
18 CALIFORNIA,
                                               STIPULATION AND [PROPOSED]
19                       Plaintiff,            ORDER FOR FILING OF
                                               AMENDED COMPLAINT
20        v.

21 OFFICE OF MANAGEMENT AND BUDGET,

22                       Defendant.

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER FOR FILING OF AMENDED COMPLAINT
                                    1

1     WHEREAS Plaintiff People of the State of California *ex rel.* Bill Lockyer, Attorney General of the State of California, wishes to amend its complaint in this action to add the Department of Transportation ("DOT") and the National Highway Traffic Safety Administration ("NHTSA") as defendants;

    WHEREAS Defendant Office of Management and Budget does not oppose such amendment;

    NOW, THEREFORE, Plaintiff People of the State of California and Defendant OMB, by and between their counsel of record, hereby stipulate and agree as follows:

1.    Plaintiff may file the Amended Complaint attached to this Stipulation and [Proposed] Order as Exhibit A ("Amended Complaint");

2.    Defendant OMB shall not be required to answer the Amended Complaint, and all denials, responses, and affirmative defenses contained in the answer filed by OMB to the original complaint shall be responsive to the Amended Complaint.

3.    Notwithstanding anything to the contrary in Rule 15 of the Federal Rules of Civil Procedure or any other provision of law, the Department of Transportation ("DOT") and the National Highway and Traffic Safety Administration ("NHTSA") shall have 30 days after service on them of the Amended Complaint to serve an answer or otherwise plead to the Amended Complaint;

4.    Nothing in this stipulation between Plaintiff People of the State of California *ex rel.* Bill Lockyer, Attorney General of the State of California, and Defendant OMB shall be construed to effect a waiver of (a) the requirements for service of the summons and Amended Complaint on the newly-named defendants DOT or NHTSA pursuant to Rule 4 of the Federal Rules of Civil

//
//
//
//
//
//
//
//

STIPULATION AND [PROPOSED] ORDER FOR FILING OF AMENDED COMPLAINT

2

Procedure, or (b) DOT's or NHTSA's rights to file a motion to dismiss the Amended Complaint.

IT IS SO STIPULATED.

PLAINTIFF PEOPLE OF THE STATE OF CALIFORNIA ex rel. BILL LOCKYER, ATTORNEY GENERAL OF THE STATE OF CALIFORNIA:

Dated: 6/23/06

*/s/ Laura J. Zuckerman*
LAURA J. ZUCKERMAN
Deputy Attorney General

DEFENDANT OFFICE OF MANAGEMENT AND BUDGET:

Dated: 6-23-06

*/s/ Joann M. Swanson*
JOANN M. SWANSON
Assistant U.S. Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

_____
HON. SAMUEL CONTI
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
*/s/ Samuel Conti*
Judge Samuel Conti

STIPULATION AND [PROPOSED] ORDER FOR FILING OF AMENDED COMPLAINT

3