1 | BILL LOCKYER
Attorney General of the State of California
2 | ROBERT ANDERSON
Chief Deputy Attorney General
3 | THOMAS GREENE
Chief Assistant Attorney General
4 | THEODORA BERGER
Senior Assistant Attorney General
5 | SANDRA GOLDBERG
Deputy Attorney General
6 | State Bar No. 138632
LAURA J. ZUCKERMAN
7 | Deputy Attorney General
State Bar No. 161896
8 |  1515 Clay Street, 20th Floor
   Oakland, CA 94612
9 |  Telephone: (510) 622-2174
   Fax: (510) 622-2270
10 | laura.zuckerman@doj.ca.gov
Attorneys for People of the State of California *ex rel.*
11 | Bill Lockyer, Attorney General of the State of
California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **PEOPLE OF THE STATE OF CALIFORNIA** *ex rel.* **BILL LOCKYER, ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,**<br><br>Plaintiff,<br><br>v.<br><br>**NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION; DEPARTMENT OF TRANSPORTATION; and OFFICE OF MANAGEMENT AND BUDGET,**<br><br>Defendants. | Case No.: C 06-02654 SC<br><br>**STIPULATION AND [PROPOSED] ORDER RE DOT'S PRODUCTION OF *VAUGHN* INDEX** |

1   WHEREAS Plaintiff People of the State of California *ex rel.* Bill Lockyer, Attorney
2 General of the State of California, plan shortly to file a motion to compel Defendants the
3 Department of Transportation ("DOT") and the National Highway Traffic Safety Administration
4 ("NHTSA") to produce an index pursuant to *Vaughn v. Rosen*, 484 F.2d 820 (D.C. Cir. 1973) (a
5 "*Vaughn* index");
6   WHEREAS in order to preserve judicial resources and in the spirit of compromise, Plaintiff
7 and Defendants DOT and NHTSA have reached agreement with respect to the production of a
8 *Vaughn* index;
9   NOW, THEREFORE, Plaintiff People of the State of California and Defendants DOT and
10 NHTSA, by and between their counsel of record, hereby stipulate and agree as follows:
11   1.   Defendant DOT shall prepare and provide Plaintiff with a *Vaughn* index no later than
12 October 20, 2006, which index shall include any requested but withheld documents that are the
13 subject of this suit in the possession of DOT, including those in the possession of NHTSA, an
14 agency within DOT;
15   2.   The index will be an itemized index of the documents withheld by DOT that are the
16 subject of this suit, indicating in detail, with respect to each document or segregable portion
17 thereof, the nature of the information contained in it and the justification for withholding it; and
18   3.   Plaintiff shall not file a motion to compel production by DOT or NHTSA of a *Vaughn*
19 index if DOT provides the index described above by October 20, 2006, but Plaintiff reserves its
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

Stipulation and [Proposed] Order re: DOT's Production of *Vaughn* Index - Case No. C 06-02654 SC

1  right to challenge the adequacy of the index provided.

2  IT IS SO STIPULATED.

3                                          PLAINTIFF PEOPLE OF THE STATE OF
                                           CALIFORNIA ex rel. BILL LOCKYER, ATTORNEY
4                                          GENERAL OF THE STATE OF CALIFORNIA:

5  Dated:    8/25/06                       /S/  LAURA J. ZUCKERMAN

6                                          Deputy Attorney General

7                                          KEVIN V. RYAN
                                           United States Attorney
8
   Dated:    8/25/06                       /S/ JULIE A. ARBUCKLE
9
                                           Assistant United States Attorney
10                                         Attorneys for Defendants DOT and NHTSA

11

        Pursuant to the stipulation set forth above, IT IS SO ORDERED.
12

13

14  Dated: __August 29, 2006__              _____
                                            IT IS SO ORDERED
15                                          UNITED STATES DISTRICT JUDGE
                                            Judge Samuel Conti
16

17

18

Stipulation and [Proposed] Order re: DOT's Production of *Vaughn* Index - Case No. C 06-02654 SC

3