1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Deputy Attorney General
3  THOMAS GREENE
   Chief Assistant Attorney General
4  SANDRA GOLDBERG (SBN 138632)
   Deputy Attorney General
5  LAURA J. ZUCKERMAN (SBN 161896)
       1515 Clay Street, 20th Floor
6      Oakland, California 94612
       Telephone: (510) 622-2174
7      Facsimile: (510) 622-2270
       Email: laura.zuckerman@doj.ca.gov
8  Attorneys for Plaintiff

9  KEVIN V. RYAN (SBN 118321)
   United States Attorney
10 JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
11 LETITIA R. KIM (SBN 200142)
   Assistant United States Attorney
12     450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
13     Telephone: (415) 436-7181
       Facsimile: (415) 436-6748
14     Email: letitia.r.kim@usdoj.gov
   Attorneys for Defendants
15

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA *ex rel.* EDMUND G. BROWN JR., ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL HIGHWAY AND TRAFFIC SAFETY ADMINISTRATION; DEPARTMENT OF TRANSPORTATION; and OFFICE OF MANAGEMENT AND BUDGET,<br><br>Defendants. | STIPULATION AND [PROPOSED] ORDER TO CONTINUE SUMMARY JUDGMENT HEARING<br><br>C-06-2654-SC |

Stip. & [Prop.] Order to Continue MSJ Hrg.
Case No. C 06-2654 SC                    -1-

1     During a status conference, the hearing on the parties' anticipated cross-motions for
2 summary judgment was scheduled for March 16, 2007. Subsequently, representation of
3 defendants was reassigned to Assistant United States Attorney Letitia R. Kim. AUSA Kim has a
4 jury trial in the Eastern District of California (Sacramento Division) beginning on February 21,
5 2007, which falls during the period the opposition papers would be due. Accordingly, the parties
6 request that the hearing on the cross-motions for summary judgment be continued to the next
7 available hearing date, which is April 20, 2007, at 10:00 a.m.

8     Respectfully submitted,

10 Dated: _____

KEVIN V. RYAN
United States Attorney

*Letitia R. Kim* (Digitally signed by Letitia R. Kim, DN: CN = Letitia R. Kim, C = US, O = Department of Justice, OU = U.S. Attorney's Office, Date: 2007.01.25 11:11:41 -08'00')

LETITIA R. KIM
Assistant United States Attorney
Attorneys for Defendants

15 Dated: 1/25/07

EDMUND G. BROWN JR.
Attorney General of the State of California

*/s/ Laura Zuckerman*

SANDRA GOLDBERG
LAURA J. ZUCKERMAN
Deputy Attorney General
Attorneys for Plaintiff

IT IS SO ORDERED.

23 Dated: 1/26/07 _____

SAMUEL CONTI
United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Samuel Conti]*