United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA ex rel. EDMUND G. BROWN, ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,<br><br>          Plaintiff,<br><br>     v.<br><br>NATIONAL HIGHWAY AND TRAFFIC SAFETY ADMINISTRATION; DEPARTMENT OF TRANSPORTATION; and OFFICE OF MANAGEMENT AND BUDGET,<br><br>          Defendants. | No. 06-2654 SC<br><br>JUDGMENT |

In accordance with the Court's May 8, 2007, Order Denying Plaintiff's Motion for Summary Judgment, Granting In Part Defendants' Motion for Summary Judgment, and Ordering In Camera Inspection (Docket No. 53), and the Court's June 12, 2007, Order Granting Defendants' Motion for Summary Judgment as it Relates to Documents 8, 9, and 31 (Docket No. 55), it is hereby ORDERED, JUDGED, and DECREED that:

Judgement in this action shall be entered in favor of DEFENDANTS National Highway and Traffic Safety Administration,

Department of Transportation, and Office of Management and Budget, and against PLAINTIFF People of the State of California <u>ex</u> <u>rel.</u> Edmund G. Brown, Attorney General of the State of California.

IT IS SO ORDERED.

Dated: June 13, 2007

_____
UNITED STATES DISTRICT JUDGE